**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Yuan Enterprises, LLC,

                      Plaintiff,

v.                                              Civil Action No. 1:25-cv-08210

Mt. Hawley Insurance Company and
Renaissance Re Syndicate 1458 Lloyd's,

                      Defendants.

## JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS

Plaintiff Yuan Enterprises, LLC ("Plaintiff") and Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's ("Defendants") hereby enter into this stipulation, through their duly authorized respective counsel of record, in and for the above-referenced cause of action and state as follows:

I.

Whereas, Plaintiff filed its complaint on October 3, 2025.

Whereas, Defendants filed a Motion to Dismiss and Memorandum of Law in Support on October 30, 2025.

Whereas, the Court ordered Plaintiff to file an amended complaint or any opposition to the motion to dismiss by November 20, 2025, and ordered Defendants to file any reply by November 27, 2025.

Whereas, the Parties have discussed the complaint and its allegations, the motion to dismiss, and issues related thereto and desire to resolve the pending Motion to Dismiss without further amendment or motion practice.

## II.

Now, therefore, it is hereby stipulated and agreed between the Parties as follows:

- Plaintiff's Complaint is brought under, asserts the breach of contract cause of action, and seeks relief solely under New York law and Plaintiff will not assert any cause of action or remedies under Texas law.
- Plaintiff's Complaint asserts a single count for breach of contract, does not assert a "bad faith" cause of action, and its allegation in paragraph 22 related to the breach of the covenant of good faith and fair dealing is part of the breach of contract cause of action.
- Plaintiff withdraws its request for attorney's fees and will not seek attorney's fees in connection with its breach of contract cause of action.
- Defendants will file an answer on or before December 1, 2025.

## III.

It is so stipulated, agreed, and submitted by:

Respectfully submitted,

*/s/ Greg K. Winslett*
Greg K. Winslett (admitted *pro hac vice*)
Texas State Bar No. 21781900
Brent Lee (admitted *pro hac vice*)
Texas State Bar No. 24036959
QUILLING, SELANDER, LOWNDS
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Fax: (214) 871-2111
gwinslett@qslwm.com
blee@qslwm.com

Matthew Kraus
Andrew Furman
THE CHARTWELL LAW OFFICES LLP
One Battery Park Plaza, Suite 710
New York, NY 10004

***Attorneys for Defendants***


*/s/ Daniel R. Belzil*
Daniel R. Belzil
BELLUCK LAW, LLP
546 Fifth Avenue, 5th Floor
New York, NY 10036

***Attorney for Plaintiff***


Application GRANTED. Defendants are directed to file an answer to the Complaint by **December 1, 2025.** Accordingly, Defendants' previously filed Motion to Dismiss, see ECF No. 8, is hereby DENIED as moot and the corresponding briefing schedule is vacated. The Clerk of Court is directed to terminate ECF Nos. 8 and 16.

SO ORDERED.

November 18, 2025

Page 3