UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

YUAN ENTERPRISES, LLC,

Plaintiff,

-v-

MT. HAWLEY INSURANCE COMPANY et al.,

Defendants.

---------------------------------------------------------------------- X

25-CV-8210 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's May 12, 2026 and July 13, 2026 Orders, ECF Nos. 26, 30, the parties were required to file a joint letter, the contents of which are described therein, no later than the Thursday prior to the upcoming pretrial conference currently scheduled for July 21, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 20, 2026**. Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge