UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YUAN ENTERPRISES, LLC, Plaintiff, -v- MT. HAWLEY INSURANCE COMPANY et al., Defendants. | : | 25-CV-8210 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties' letter-motion for an extension of time to complete discovery, *see* ECF No. 29, is GRANTED. The deadline for fact discovery is hereby EXTENDED until the close of expert discovery — **September 11, 2026**. To be clear, this extension is solely for the purposes of tying up any loose ends for fact discovery, not initiating any new discovery. Further extensions are unlikely to be granted.

- Unless and until the Court orders otherwise, the parties' deadline for filing any motions for summary judgment remains **October 12, 2026**.

Further, the parties shall appear for a pretrial conference **on September 22, 2026, at 4:00 p.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-mfurman. The dial-in for that conference remains the same. *See* ECF No. 24.

SO ORDERED.

Dated: July 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge